UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN WALKER                                                                PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:14cv219-DPJ-FKB

CAROLYN COLVIN, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                             DEFENDANT


ORDER

This cause came on this date to be heard upon the Report and Recommendation [14] of the United States Magistrate Judge, after referral of hearing by this Court.  Magistrate Judge F. Keith Ball considered Plaintiff's Motion for Summary Judgment [9] and Defendant's Motion to Affirm [11].  Judge Ball concluded that Plaintiff's motion should be granted, the Commissioner's motion should be denied, and the matter should be remanded to the Commissioner for further proceedings.  The deadline to object under Rule 72(b)(2) of the Federal Rules of Civil Procedure has now passed without objection.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [14] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.  This cause is hereby remanded to the Commissioner for further proceedings.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE